UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GISSINE MULADE,

                            Plaintiff,

-v-

KAYLA M. BONDS,

                            Defendant.

No. 19-CV-2295 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    For the reasons stated on the record at the conference on December 11, 2019, the Court vacates the Clerk of the Court's entry of default. (Dkt. No. 11.)

SO ORDERED.

DATED:    December 11, 2019
                White Plains, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE